**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>*John Moreno v. 3M Company, et al.*<br>Case No. 8:20-cv-59200-MCR-GRJ | Case No.: 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Samantha R. Mertz, of Grant & Eisenhofer P.A., hereby enters her appearance as counsel for Plaintiff John Moreno.

Counsel is admitted in the Northern District of Florida, *pro hac vice*, and has complied with all requirements for appearing and filing this District. Counsel has fulfilled the administrative requirements stated in Pretrial Order No. 3. Counsel requests that all further papers and pleadings in this action be served upon her.

Date: October 8, 2024                    Respectfully submitted,


                                         */s/ Samantha R. Mertz*
                                         Samantha R. Mertz
                                         GRANT & EISENHOFER P.A.
                                         123 Justison Street
                                         Wilmington, DE 19801
                                         Phone: 302-622-2000
                                         Fax: 302-622-7100
                                         smertz@gelaw.com

                                         *Attorney for Plaintiff John Moreno*

**CERTIFICATE OF SERVICE**

I do certify that on this 8th day of October 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will serve all counsel of record.

*Samantha R. Mertz*
Samantha R. Mertz
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Phone: 302-622-2000
Fax: 302-622-7100
smertz@gelaw.com

2